THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST INSULATION WORKERS WELFARE TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM INSULATION COMPANY INC., a Wyoming company, <br><br> Defendant. | CASE NO. C18-0100-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion to continue the status conference set for April 24, 2018 (Dkt. No. 6). The Court GRANTS the motion. The status conference is continued until June 12, 2018 at 9:00 am. If appropriate, Plaintiffs are ORDERED to move for default against William Insulation Company, Inc. no later than May 11, 2018.

DATED this 13th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0100-JCC
PAGE - 1